# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2359 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 29 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 37575 |
| | : | |
| STEVEN JAMES LYNCH, | : | (Washington County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of July, 2019, upon consideration of the Verified Statement of Resignation, Steven James Lynch is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217, and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).